[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-15856
Non-Argument Calendar
_____

D.C. Docket No. 3:16-cr-00020-MCR-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WINSTON D. FOSTER,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(March 10, 2017)

Before TJOFLAT, WILLIAM PRYOR and JILL PRYOR, Circuit Judges.

PER CURIAM:

Richard M. Summa, appointed counsel for Winston D. Foster in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Foster's convictions and sentences are **AFFIRMED**.